IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

SCOTT L. APEL,

    Plaintiff,

vs.                                   CASE NO. 3:06cv136/RS

CENTRAL INTELLIGENCE AGENCY,

    Defendant.
_____/

## ORDER

Before the court is the Magistrate Judge's Order and Report and Recommendation dated April 17, 2006 (Document 6). Plaintiff has not filed objections.

**IT IS ORDERED**:

1. The Magistrate Judge's Order and Report and Recommendation is adopted and incorporated by reference in this Order.

2. This case is dismissed with prejudice pursuant to 28 U.S.C. §1915(e)(2)(B)(ii).

3. The clerk is directed to close the file.

ORDERED on May 23, 2006.

                                              /S/ Richard Smoak
                                              **RICHARD SMOAK**
                                              **UNITED STATES DISTRICT JUDGE**